**LYNCH CARPENTER, LLP**
Todd D. Carpenter (State Bar No. 234464)
todd@lcllp.com
Scott G. Braden (State Bar No. 305051)
scott@lcllp.com
1234 Camino del Mar
Del Mar, CA 92014
Telephone:  (619) 762-1910
Facsimile:   (858) 313-8150

*Attorneys for Plaintiff and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CALCAGNO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KIPLING APPAREL CORP., a Delaware Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:23-cv-02247-BAS-BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiff Christina Calcagno pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: December 30, 2024          **LYNCH CARPENTER, LLP**

By:  */s/ Todd D. Carpenter*
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Scott G. Braden (CA 305051)
scott@lcllp.com
1234 Camino Del Mar
Del Mar, CA 92014
Telephone:  (619) 762-1910
Facsimile:   (858) 313-1850

*Attorneys for Plaintiff and Proposed Class Counsel*